**Jose SANCHEZ–ANGELES,
Plaintiff–Appellant,**

v.

**UNITED STATES of America,
Defendant–Appellee.**

No. 08–7281.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 12, 2009.

Decided: March 16, 2009.

Jose Sanchez–Angeles, Appellant Pro Se. Rick A. Mountcastle, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Sanchez–Angeles appeals a district court order granting summary judgment to the United States and dismissing his claim raised under the Federal Tort Claims Act, 28 U.S.C. §§ 2671–2680 (2006). We have reviewed the record and affirm for the reasons cited by the district court. *See Sanchez–Angeles v. United States,* No. 7:07–cv–00596–jct–mfu, 2008 WL 2704309 (W.D.Va. July 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*